DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEVERLY A. ELLIS** and **FREDERICK J. ELLIS,**
Appellants,

v.

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** and **HSBC MORTGAGE SERVICES INC.,**
Appellees.

No. 4D22-86

[June 29, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth A. Metzger, Judge; L.T. Case No. 2019CA001371.

Garrett Kesl, Michael Vater, and Edner Geffrard of The Ticktin Law Group, Deerfield Beach, for appellants.

Zachary Ullman, Matthew Ciccio, and Julia Poletti of Aldridge Pite, LLP, for appellee U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***